| | |
|---|---|
| 1 | Jordan L. Lurie (SBN 130013) |
|   | Jordan.Lurie@capstonelawyers.com |
| 2 | Tarek H. Zohdy (SBN 247775) |
|   | Tarek.Zohdy@capstonelawyers.com |
| 3 | Cody R. Padgett (SBN 275553) |
|   | Cody.Padgett@capstonelawyers.com |
| 4 | Capstone Law APC |
|   | 1840 Century Park East, Suite 450 |
| 5 | Los Angeles, California 90067 |
|   | Telephone:   (310) 556-4811 |
| 6 | Facsimile:   (310) 943-0396 |

Attorneys for Plaintiff Mohammed Rahman

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO

| | |
|---|---|
| MOHAMMED RAHMAN, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MOTT'S LLP, a Delaware limited liability partnership; and DR. PEPPER SNAPPLE GROUP., INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:13-cv-03482-SI<br><br>Hon. Susan Illston<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT DR. PEPPER SNAPPEL GROUP, INC. PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br>Notice of Removal Filed:   July 26, 2013<br><br>Trial Date:   None Set |

Case No. 3:13-cv-03482-SI

NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT DR. PEPPER SNAPPLE GROUP., INC. PURSUANT TO F.R.C.P 41(a)(1)(A)(I)

1  **PLEASE TAKE NOTICE** that Plaintiff Mohammed Rahman ("Plaintiff"), pursuant
2  to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses all claims in
3  this action without prejudice as to Defendant Dr. Pepper Snapple Group, Inc. ("DPSG"), only.
4  Defendants have neither answered Plaintiff's Complaint, nor filed a motion for
5  summary judgment.  Accordingly, this matter may be dismissed as to DPSG without prejudice
6  and without an Order of the Court under Federal Rule of Civil Procedure 41(a)(1)(A)(i).
7  Notice to the class is not necessary under Federal Rule of Civil Procedure 23(e) because the
8  Court has not certified a class in this case.

10  Dated:  August 30, 2013                              Respectfully submitted,
11                                                                          Capstone Law APC

13                                                              By:   /s/ Cody R. Padgett
                                                                    Jordan L. Lurie
14                                                                  Tarek H. Zohdy
                                                                    Cody R. Padgett
15
16                                                                  Attorneys for Plaintiff Mohammed Rahman