1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MOHAMMED RAHMAN, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MOTT'S L.L.P. and DOES 1 through 10,<br><br>Defendants. | Case No. 3:13-cv-03482-SI<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO RESET DATE OF INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Judge:         Hon. Susan Illston<br><br>Notice of Removal:   July 26, 2013 |

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1 | Having considered the parties' joint stipulation, and good cause being found, the Court
2 | Orders:
3 |     1.    The Initial Case Management Conference date is hereby reset from November
4 | 15, 2013 to November 8, 2013 at 9:00 a.m.
5 | IT IS SO ORDERED.
6 | Dated: September 10, 2013
7 |     16



Hon. Susan Illston
Judge of the U.S. District Court

Page 1     CASE NO 3:13-CV-03482-SI

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO RESET DATE OF INITIAL CASE MANAGEMENT CONFERENCE