IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MOHAMMED RAHMAN, individually, and on behalf of other members of the general public similarly situated,

    Plaintiff,

  v.

MOTT'S LLP, a Delaware limited liability partnership; and DOES 1 through 10, inclusive,

    Defendants.

No. CV 13-3482 SI

**ORDER DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS**

Defendant Mott's LLP's motion to dismiss plaintiff's class action complaint is scheduled for hearing on November 8, 2013. Pursuant to Civil Local Rule 7-1(b), the Court determines that this matter is appropriate for resolution without oral argument and VACATES the hearing. On September 30, 2013, plaintiff filed a first amended class action complaint, mooting defendant's motion to dismiss. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992) ("[A]fter amendment the original pleading no longer performs any function and is 'treated thereafter as non-existent.'"). Accordingly, the Court DENIES as moot defendant's motion to dismiss plaintiff's class action complaint. Docket No. 22.

**IT IS SO ORDERED.**

Dated: October 30, 2013

                        SUSAN ILLSTON
                        United States District Judge