1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MOHAMMED RAHMAN, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MOTT'S L.L.P. and DOES 1 through 10,<br><br>Defendants. | Case No. 3:13-cv-03482-SI<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO RESET DATE OF INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Judge:          Hon. Susan Illston<br><br>Notice of Removal:   July 26, 2013 |

1  Having considered the parties' joint stipulation, and good cause being found, the Court
2  Orders:
3      1.    The Initial Case Management Conference date is hereby reset from November
4  8, 2013, to December 20, 2013, at 9:00 a.m.
5      IT IS SO ORDERED.
6  Dated:  10/24/13

*(signature)*

Hon. Susan Illston
Judge of the U.S. District Court