IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED RAHMAN, individually, and on behalf of other members of the general public similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>MOTT'S LLP, a Delaware limited liability partnership; and DOES 1 through 10, inclusive,<br><br>    Defendants.<br>                                             / | No. CV 13-3482 SI<br><br>**ORDER VACATING HEARING** |

Defendant Mott's LLP's motion to dismiss plaintiff's first amended complaint is scheduled for hearing on December 20, 2013. Pursuant to Civil Local Rule 7-1(b), the Court determines that this matter is appropriate for resolution without oral argument and VACATES the hearing.

**IT IS SO ORDERED.**

Dated: December 16, 2013

                                                  SUSAN ILLSTON
                                                  United States District Judge