1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MOHAMMED RAHMAN, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MOTT'S L.L.P. and DOES 1 through 10,<br><br>Defendants. | Case No. 3:13-cv-03482-SI<br><br>**CLASS ACTION**<br><br>[~~**PROPOSED**~~] **ORDER EXTENDING CLASS CERTIFICATION BRIEFING SCHEDULE**<br><br><br>Judge:          Hon. Susan Illston<br><br>Notice of Removal:   July 26, 2013 |

1  Having considered the parties' joint stipulation, and good cause being found, the Court
2  Orders:
3  1. Good Cause appearing therefore, the class certification briefing schedule is
4  vacated and the new class certification briefing schedule is as follows: Plaintiff's Motion for
5  Class Certification is due: 8/1/14, Opposition 8/22/14, Reply 9/5/14;
6  2. The new hearing date for the motion is: 9/19/14 @ 9:00 a.m.
7  _____.
8  3. This is without prejudice to the parties seeking a further extension of the
9  briefing schedule upon a showing of good cause.

14  IT IS SO ORDERED.
15  Dated: June 25, 2014

*[Signature: Susan Illston]*

Hon. Susan Illston
Judge of the U.S. District Court