**BAKER BOTTS L.L.P.**
Kevin Sadler (SBN# 283765)
kevin.sadler@bakerbotts.com
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304-1007
Telephone:    (650) 739-7500
Facsimile:    (650) 739-7699

Van H. Beckwith (*pro hac vice*)
van.beckwith@bakerbotts.com
Ryan L. Bangert (*pro hac vice*)
ryan.bangert@bakerbotts.com
2001 Ross Avenue
Suite 600
Dallas, TX 75201-2980
Telephone:    (214) 953-6500
Facsimile:    (214) 953-6503

Attorneys for Defendant
MOTT'S L.L.P.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED RAHMAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MOTT'S L.L.P. and DOES 1 through 10,<br><br>Defendants. | Case No. 3:13-cv-03482-SI<br><br>**DECLARATION OF VAN H. BECKWITH IN SUPPORT OF MOTT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date: September 19, 2014<br>Time: 9:00 a.m.<br>Courtroom: 10<br>Judge: The Hon. Susan Illston |

- 1 -

# DECLARATION OF VAN H. BECKWITH

I, Van H. Beckwith, declare as follows:

1. I am an active member of the State Bar of Texas and am authorized to practice law in that state. I am a partner with the law firm of Baker Botts L.L.P., and I represent Mott's L.L.P. in this action. I make this Declaration in support of Mott's Motion for Summary Judgment. I have personal knowledge of the facts set forth herein and if called as a witness I could testify competently to such facts.

2. Attached hereto as Exhibit 1 is a true and correct copy of the transcript of the deposition of Mohammed Rahman taken April 10, 2014.

3. Attached hereto as Exhibit 2 is a true and correct copy of selected pages from the transcript of the deposition of Eric Blackwood taken July 15, 2014.

4. Attached hereto as Exhibit 3 is a true and correct copy of selected pages from the transcript of the deposition of Michael Belch, Ph.D. taken June 11, 2014.

5. Attached hereto as Exhibit 4 is a true and correct copy of selected pages from the transcript of the deposition of Kent Van Liere, Ph.D. taken June 12, 2014.

6. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of August, 2014, in Dallas, Texas.

*/s/ Van H. Beckwith*
Van H. Beckwith