# EXHIBIT 4

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIAN

SAN FRANCISCO DIVISION

MOHAMMED RAHMAN, INDIVIDUALLY, )
AND ON BEHALF OF OTHER MEMBERS OF )
THE GENERAL PUBLIC SIMILARLY )
SITUATED, )
                                )
        Plaintiffs, )
                                )
  vs.                         ) Case No.
                                ) 3:13-CV-03482-SI
MOTT'S LLP and DOES 1 through 10 )
                                )
        Defendants. )
_____)

DEPOSITION OF KENT VAN LIERE, Ph.D.

Los Angeles, California

Thursday, June 12, 2014

Reported by: Sandra Mitchell
              CSR No. 12553
NDS Job No.: 163586

1

```
 1                 UNITED STATES DISTRICT COURT

 2               NORTHERN DISTRICT OF CALIFORNIAN

 3                     SAN FRANCISCO DIVISION

 4

 5   MOHAMMED RAHMAN, INDIVIDUALLY,    )
     AND ON BEHALF OF OTHER MEMBERS OF )
 6   THE GENERAL PUBLIC SIMILARLY      )
     SITUATED,                         )
 7                                     )
                    Plaintiffs,        )
 8                                     )
          vs.                          ) Case No.
 9                                     ) 3:13-CV-03482-SI
     MOTT'S LLP and DOES 1 through 10  )
10                                     )
                    Defendants.        )
11   _____)

12

13

14          DEPOSITION OF KENT VAN LIERE, Ph.D., taken

15   on behalf of the PLAINTIFFS, at 1800 Century Park East,

16   2nd Floor, Los Angeles, California, commencing at 9:07

17   a.m., Thursday, June 12, 2014, before Sandra Mitchell,

18   C.S.R. 12553, pursuant to Notice.

19

20

21

22

23

24

25
                                                          2
```

```
1      A    Yeah, I guess mimicked, now that I say that
2  word, I don't know "mimmick" is the correct descriptor,
3  but --
4      Q    Resembled?
5      A    "Resembled" is a better word.
6      Q    Do you think it did?
7      A    No.  I think the data clearly shows that
8  consumers generally in the putative class do not view
9  Mott's as having low levels of sugar and that that is
10 not the main reason they chose Mott's over other brands.
11          The reason they chose Mott's is for taste and
12 price and the brand is a brand that they are loyal to
13 and so on.
14     Q    Your attorneys produced a copy of the expert
15 report of Michael Belch, which we'll mark as next in
16 line.
17              (Exhibit D was marked for
18               identification by the Court Reporter
19               and is attached hereto.)
20 BY MR. FRIEDL:
21     Q    Have you reviewed this report before?
22     A    Yes, I believe this is a copy of the report
23 that I received and reviewed.
24     Q    What was your purpose in reviewing that report?
25     A    Well, when counsel provided it to me, I think
```

23

BY MR. FRIEDL:

Q    Let me see if I can rephrase it.

Are the results of your survey consistent with the conclusion that the statement "no sugar added" on Mott's labels does not matter or did not matter to consumers purchasing the product?

MR. BECKWITH:  Same objection.  Lack of foundation.

THE WITNESS:  The results of my survey show that the presence of the "no sugar added" label does not cause consumers to mention a low level of sugar as a reason for purchasing Mott's or purchasing Mott's over other brands.  That's what that -- my study shows.

BY MR. FRIEDL:

Q    Fair enough.

The next bullet point says "Further, the result shows that consumers who viewed the test bottle with the allegedly deceptive "no sugar added" label are not more likely to mention low levels of sugar as a reason for purchasing Mott's 100 percent apple juice, the consumers reviewed a control bottle without this label."

That's correct that your data shows that them not likely to mention it; right?

A    Yes.  That's what that says.

Q    It doesn't say it doesn't matter to them

1          All these persons presumably purchased a
2    product that said "no sugar added" in the last two
3    years; right?
4        A    Yes.
5        Q    And they all looked at an image that was
6    similar except for, if you look closely, one of the --
7    in the control group, the words "no sugar added" was
8    removed.
9        A    That's right.
10       Q    Then you're asking the test subjects why they
11   bought the bottles of juice in the last two years, and
12   all the bottles that you state they purchased,
13   presumably said "no sugar added."
14            So my question is:  Why would you expect the
15   people who saw the product, the picture, that didn't say
16   "no sugar added" have different responses than the ones
17   who did?
18       A    Yeah.  Okay.  I understand the question.
19            So the -- you're presuming that people attended
20   to the "no sugar added," and we're simply asking you to
21   look at the bottle, to the extent that label is
22   important to you and triggers you to say that, we wanted
23   see, well, is it due to the fact that that's on the
24   bottle or not?
25            And what we found was the result -- at the time

1　we designed this study, we don't know what the results
2　are going to be.  As it turned out a low level of sugar
3　was reported as a reason for buying it at a very low
4　rate involved the test and the control.
5　　　　　But a question would have arisen if we only
6　asked about the product with the label, the "no added
7　sugar" label on it, well, what would have been those
8　responses if it had not been there, so we put in a
9　control to specifically look at that problem.  And as
10　you can see the answer is basically the same for either
11　bottle.
12　　　　　So it tells us that people are not attending at
13　a much higher rate to the presence or absence of that
14　label between the two conditions because it doesn't show
15　up as a much higher reason in one and a much lower
16　reason in the other.
17　　　　　And, in fact, it's low for everybody, even
18　given the fact that the market -- that the bottles in
19　the market had that label on it.
20　　Q　I'm not sure I understand your response, so
21　I'll ask the court reporter to read it back to me.
22　　　　　By the way, do you want to break for lunch to
23　day?
24　　　　　MR. BECKWITH:  Whatever you want to do.  I mean
25　it's 11:14, so it seems a little early.

saw a picture -- some of them, the control group -- saw a picture that was missing that -- that representation of no sugar added?

　　　　MR. BECKWITH: Objection. Asked and answered.

　　　　THE WITNESS: Again, you asked me the question as though I expected the answers to be different between the two conditions. I didn't know what the answers would be when I started the study. And the fact is the responses are very similar between the two bottles, so that's an outcome of the study, not an expectation I had going into study.

　　　　But as I was trying to say in my prior answer, if we had only shown bottles with it, and not asked anything about an image or a stimulus without it, the question would arisen, well, what would have happened if you not had that label on it, would you have gotten that same level of answers.

　　　　So essentially we designed survey to make sure we could address that issue. And in the end, it turned out it doesn't matter. It's such a low level in both conditions of people saying that they think the product has a low level of sugar that, you know, it ultimately didn't really matter.

　　Q　So the results in control the group validate the results in the test group because they are similar?

1            MR. BECKWITH:  Objection.  Misstates prior
2    testimony.  Lack of foundation.
3            THE WITNESS:  It doesn't.  I'm not sure the
4    word "validates" is correct.  It simply means when you
5    show one group the bottle with that on there and one
6    group without that on there, you get approximately the
7    same rate of saying, I bought this product because it
8    has a low level of sugar, or I bought this product over
9    other brands because it has a low level of sugar.  It
10   didn't matter which bottle we showed them.
11   BY MR. FRIEDL:
12       Q    If you look at the next page, Page 12, I have a
13   question about Paragraph 24.
14       A    I see it.
15       Q    It states -- it's discussing a particular
16   respondent in the control condition, that means the
17   control group that saw the bottle without the "no sugar
18   added."
19            Is that correct?
20       A    I'm sorry, I was finishing reading the
21   paragraph.  What did you ask me?
22       Q    Paragraph 24 says in the control condition,
23   "Five respondents out of 219, that's 2 percent, said
24   they chose to buy Mott's 100 percent apple juice in the
25   past because of a low level of sugar."

1      A    It shows that among the reasons consumers give
2  for purchasing Mott's apple juice and purchasing it over
3  other brands of apple juice, that a low level of sugar
4  is not a reason that is given frequently by respondents.
5  That's what the results show.  Whereas I think the
6  complaint in Mr. Rahman's complaint would be that that's
7  what everybody thinks.
8      Q    How would your study show that anybody, any of
9  the people in your test group were deceived by the label
10 or not?
11      MR. BECKWITH:  Objection.  Lack of foundation.
12 BY MR. FRIEDL:
13     Q    Four hundred-some people were part of the test
14 group, a little more than 400 that all purchased Mott's
15 apple juice with the label that said "no sugar added."
16      Does your survey show that they were or were
17 not deceived by that label?
18     A    It shows --
19      MR. BECKWITH:  Same objection.
20      THE WITNESS:  -- it shows that they did not
21 develop the understanding that Mr. Rahman pleads that
22 Mott's has a lower level of sugar, and that is a reason
23 why they purchased the product.  That's what it shows.
24 I think that's probative to the issues here in this
25 case.

```
 1   STATE OF CALIFORNIA        )
                                ) ss:
 2   COUNTY OF LOS ANGELES      )

 3

 4        I, SANDRA MITCHELL, do hereby certify:

 5        That I am a duly qualified Certified Shorthand

 6   Reporter, in and for the State of California, holder of

 7   certificate number 12553, which is in full force and

 8   effect and that I am authorized to administer oaths and

 9   affirmations;

10        That the foregoing deposition testimony of the

11   herein named witness was taken before me at the time and

12   place herein set forth;

13        That prior to being examined, the witness named

14   in the foregoing deposition, was duly sworn or affirmed

15   by me, to testify the truth, the whole truth, and

16   nothing but the truth;

17        That the testimony of the witness and all

18   objections made at the time of the examination were

19   recorded stenographically by me, and were thereafter

20   transcribed under my direction and supervision;

21        That the foregoing pages contain a full, true

22   and accurate record of the proceedings and testimony to

23   the best of my skill and ability;

24        That prior to the completion of the foregoing

25   deposition, review of the transcript was requested.
```

1  I further certify that I am not a relative or
2  employee or attorney or counsel of any of the parties,
3  nor am I a relative or employee of such attorney or
4  counsel, nor am I financially interested in the outcome
5  of this action.
6
7  IN WITNESS WHEREOF, I have subscribed my name
8  this ____ day of _____, ____.
9
10
11  _____
12  SANDRA MITCHELL, CSR No. 12553