UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MOHAMMED RAHMAN,

    Plaintiff,

    v.

MOTT'S LLP,

    Defendant.

Case No. 13-cv-03482-SI

**ORDER RE: CLASS CERTIFICATION**

Re: Dkt. No. 75

A hearing on plaintiff's motion to certify is currently scheduled for December 5, 2014. Docket No. 75. The Court hereby ORDERS the parties to respond to the following questions no later than **December 2, 2014**.

The following question is directed to both parties:

1. Since January 1, 2009, on what dates did the "No Sugar Added" statement <u>not</u> appear on Mott's 100% Apple Juice labels?

The following questions are directed solely to plaintiff:

2. Should the Court certify a liability only class pursuant to Rule 23(c)(4)? Should the plaintiff ultimately prevail at trial, how does plaintiff propose the issue of damages will be resolved?

3. Why has plaintiff opted not to employ a damages expert to calculate damages on a class-wide basis?

4. How would certifying a liability only class materially advance the litigation?

    **IT IS SO ORDERED**.

Dated: November 24, 2014

_____
SUSAN ILLSTON
United States District Judge