1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MOHAMMED RAHMAN, individually, and on behalf of other members of the general public similarly situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>MOTT'S L.L.P. and DOES 1 through 10,<br><br>        Defendants. | Case No. 3:13-cv-03482-SI<br><br>**CLASS ACTION**<br><br>[~~PROPOSED~~] **ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br><br>Judge:         Hon. Susan Illston<br><br>Notice of Removal:   July 26, 2013 |

1    Having considered the parties' stipulation, and good cause being found, the Court
2 Orders that the Case Management Conference previously scheduled for February 6, 2015, is
3 hereby rescheduled for   Feb. 13, 2015 at  3 pm.
4    The parties shall submit a Joint Case Management Statement one week prior to the
5 date of the Case Management Conference.

7    IT IS SO ORDERED.

9 DATE:   1/22/15

_____
Hon. Susan Illston
Judge of the U.S. District Court