United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MOHAMMED RAHMAN,

          Plaintiff,

    v.

MOTT'S LLP,

          Defendant.

Case No.  13-cv-03482-SI

**ORDER REQUIRING FILING OF
JOINT STATUS REPORT**

Since April 21, 2015, this action has been stayed, at the parties' request, pending resolution of plaintiff's permissive appeal under F.R.Civ.P. 23(f).   A review of the appellate docket (No. 14-80183) reveals no activity at all since permission to appeal was granted in March, 2015, over a year ago.

Accordingly, the parties are ORDERED to file a Joint Status Report no later than June 23, 2016, informing the Court of the status of the appeal and the anticipated completion date of the appellate process.

**IT IS SO ORDERED.**

Dated:  June 16, 2016

SUSAN ILLSTON
United States District Judge